UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                            CASE NO.: 21-10139-KKS
                                    CHAPTER 13

LINDA MAZON JACOBS

_____Debtor_____/

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

**NOTICE OF OPPORTUNITY TO
OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three (3) days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Chapter 13 Trustee, Leigh Duncan Glidewell, at Post Office Box 646, Tallahassee, FL 32302, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**COMES NOW**, LEIGH DUNCAN GLIDEWELL, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Motion to Dismiss, and in support thereof states as follows:

1. The Debtor filed this Chapter 13 case on July 27, 2021.

2. The confirmed Plan provides for the Trustee to make regular monthly mortgage payments to Deutsche Bank National Trust Company c/o Select Portfolio Servicing, Inc.

3. The Notice of Mortgage Payment Change filed by Deutsche Bank National Trust Company on July 13, 2022, reflects an increase in the monthly mortgage payment to $1,702.14 effective September 1, 2022. With the increase of the monthly mortgage payment, the Plan base is no longer sufficient to pay all allowed priority, secured and administrative claims.

4. The Debtor has failed to file a Motion to Modify and Modified Plan or any Notice of Plan Payment Change to address the change in the regular monthly mortgage payment and total claim to be paid through the Plan.

5. The Debtor has failed to submit a copy of the 2021 United States Income Tax Return, or valid extension, or tax affidavit, if applicable, and any applicable refund, to the Chapter 13 Trustee.

6. The Debtor should have paid a total of $52,590.50 to the Trustee; however, the Debtor has only paid $45,031.00 to the Trustee. Therefore, the Debtor is delinquent as evidenced by a copy of the receipts attached.

Sufficient cause exists to dismiss this case.

**WHEREFORE**, the Chapter 13 Trustee prays that this case be dismissed and for such other and further relief as the Court may deem appropriate.

**RESPECTFULLY SUBMITTED**.

/s/Leigh Duncan Glidewell
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

LINDA MAZON JACOBS
22203 NW 198TH AVENUE
HIGH SPRINGS, FL 32643

AND

SHARON T. SPERLING, ESQUIRE
P.O. BOX 358000
GAINESVILLE, FL 32635-8000

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh Duncan Glidewell
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

August 31, 2022

**EXHIBIT "A"**
IF BLANK, THERE ARE NO RECEIPTS

Receipts Paid:

| **DATE** | | **AMOUNT** |
|---|---|---|
| Aug 25, 2021 | C.CK | $4,102.10 |
| Sep 24, 2021 | C.CK | $4,102.10 |
| Nov 10, 2021 | C.CK | $4,102.10 |
| Nov 24, 2021 | C.CK | $4,102.10 |
| Dec 27, 2021 | C.CK | $4,102.10 |
| Jan 26, 2022 | C.CK | $4,102.10 |
| Mar 02, 2022 | C.CK | $4,102.10 |
| Mar 28, 2022 | M.O. | $102.10 |
| Mar 28, 2022 | M.O. | $1,000.00 |
| Mar 28, 2022 | M.O. | $1,000.00 |
| Mar 28, 2022 | M.O. | $1,000.00 |
| Mar 28, 2022 | M.O. | $1,000.00 |
| Apr 27, 2022 | C.CK | $4,102.10 |
| Jun 14, 2022 | C.CK | $4,102.10 |
| Jun 27, 2022 | C.CK | $4,010.00 |
| | **TOTAL AMOUNT PAID:** | **45,031.00** |