# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

In re:  
LINDA MAZON JACOBS,  
    Debtor.  
_____/

CASE NO. 21-10139-KKS  
CHAPTER 13

## MOTION/NOTICE OF DEBTOR'S
## INTENTION TO SELL EXEMPT REAL PROPERTY

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 14 days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL, 32301 and serve a copy on the movant's attorney, Sharon T. Sperling, P.O. Box 358000, Gainesville, FL 32635-8000, and on Leigh D. Hart, Chapter 13 Trustee, P.O. Box 646, Tallahassee, FL 32302, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

      The Debtor, Linda Mazon Jacobs, by and through the undersigned attorney, moves this Court for approval of the sale of the following property under the terms and conditions set forth below:

      1.    The Debtor filed a Voluntary Petition for Relief under Chapter 13 of the United States Bankruptcy Code on July 27, 2021. This Court entered an Order Confirming Plan and Order to Debtor on April 19, 2022.

2. The Debtor owns her homestead real property, located at 22203 NW 198th Avenue, High Springs, Alachua County, Florida 32643, being more particularly described as:

The South 230 feet of the Northeast 1/4 of Section 35, Township 7 South, Range 17 East, Alachua County, Florida; Less the West 660 feet of the East 877 feet thereof; and

Commence at the Southeast corner of the South 330 feet of the NE l /4 of Section 35, Township 7 South, Range l7 east, thence run westerly on the south line of the said NE l/4 a distance of 217 feet to a Point of Beginning; thence continue westerly as aforesaid a distance of 660 feet; thence run North a distance of 330 feet; thence run easterly on the North line of the South 330 feet of the NE l/4 as aforesaid to a point North of the Point of Beginning, all lying and being in Section 35, Township 7 South, Range l7 East, Alachua County, Florida. Saving and excepting therefrom the North 100 feet previously deeded to E.T. Usher.

Being the same property conveyed to Linda Jacobs and Charles Jacobs, her husband by deed recorded 06/24/1986 in Deed Book 1629 page 1753, in the Public Records of Alachua County, Florida. (TPN 00234-003-000 - House and 1.19 acres; and TPN 00234-003-002 - 10.24 acres)

3. The real property described herein was scheduled as exempt, and there were no objections to the exemption.

4. The Debtor wishes to sell the property and has received an offer to purchase the property. The sale is scheduled to close on or before December 28, 2022.

5. The sale of the property will benefit the Debtor and the estate in that all liens and encumbrances on the property will be paid in full from the sale proceeds. The property is subject to a first mortgage in favor of Deutsche Bank National Trust Company, as Trustee, and a second mortgage in favor of Capital City Bank.

6. The Debtor will file an amended Chapter 13 plan and a motion to modify the confirmed plan within thirty days after the closing.

7. At the closing, the Debtor may be required to sign documents to complete the transaction. Therefore, the Debtor hereby requests that this Court authorize the Debtor to sign

any documents necessary to close the sale of the properties that are within her purview and authority as the Chapter 13 Debtor.

8. The Debtor requests that the Court waive the FRBP 6004(h) fourteen-day notice period after the entry of an order approving the sale.

WHEREFORE, the Debtor requests that this Court enter an Order:

(a) approving the sale of the property as outlined above, with all secured claims, liens and encumbrances to be paid at closing, which closing is to occur as soon as practicable after the entry of the Order;

(b) authorizing the Debtor to sign any documents within her capacity that are necessary to close the sale;

(c) authorizing the Debtor to pay out of the proceeds of the sale: all expenses incurred in maintaining the Property prior to the closing, and all ordinary costs of closing, including intangible taxes, document stamps, and unpaid real estate taxes (if any);

(d) waiving the fourteen-day notice period after the entry of an order approving the sale otherwise required by FRBP 6004(h); and

(e) awarding such other and further relief that this Court deems just and proper under the circumstances.

Dated December 12, 2022.

/s/ Sharon T. Sperling
Sharon T. Sperling
Florida Bar No. 0763489
Attorney for Debtor
P.O. Box 358000
Gainesville, FL 32635-8000
(352) 371-3117
(352) 377-6324 fax
sharon@sharonsperling.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served as set forth below:

☒ **Served via Notice of Electronic Filing (NEF):** The undersigned verifies that the foregoing document was served via NEF on December 12, 2022 to the below listed persons and entities::

    Leigh Duncan Glidewell
        ldhdock@earthlink.net, ldhtre@earthlink.net;ldhadmin@earthlink.net
    Kevin A. Forsthoefel
        kforsthoefel@ausley.com, kreffitt@ausley.com
    Keith S Labell
        klabell@raslg.com, klabell@raslg.com
    Christopher P Salamone
        csalamone@raslg.com, csalamone@raslg.com
    United States Trustee
        USTPRegion21.TL.ECF@usdoj.gov

☒ **Served by U.S. Mail:** On December 12, 2022, the undersigned served the person(s) and/or entities listed below via by first class mail, postage prepaid, at the addresses listed below or on the attached mailing matrix obtained from the Court's case management system:

    ☐    Names and addresses of parties served:
OR
    ☒ See attached mailing matrix

☐ **Served by Personal Delivery, Overnight Mail, Facsimile Transmission or Email:** On December 12, 2022, the undersigned served each persons or entity listed below via the means noted for each:

| **Name** | **Manner or Service** |
|---|---|
| | |

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Sharon T. Sperling                      Date:   December 12, 2022
Sharon T. Sperling

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-1<br>Case 21-10139-KKS<br>Northern District of Florida<br>Gainesville<br>Mon Dec 12 13:57:40 EST 2022 | Capital City Bank<br>Post Office Box 900<br>Tallahassee, FL 32302-0900 | Deutsche Bank National Trust Company, as Tru<br>RASC, PLLC<br>6409 Congress Avenue<br>Suite#100<br>Boca Raton, FL 33487-2853 |
| Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Linda Mazon Jacobs<br>22203 NW 198th Avenue<br>High Springs, FL 32643-9796 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (p)UNITED STATES ATTORNEY'S OFFICE<br>111 NORTH ADAMS STREET<br>4TH FLOOR<br>TALLAHASSEE FL 32301-7730 | U.S. Securities & Exchange Commission<br>Atlanta Reg Office and Reorg<br>950 E Paces Ferry Rd NE Ste 900<br>Atlanta, GA 30326-1382 |
| *Kevin A. Forsthoefel<br>Ausley & McMullen, P.A.<br>PO Box 391<br>Tallahassee, FL 32302-0391 | Ausley & McMullen, PA<br>PO Box 391<br>Tallahassee, FL 32302-0391 | Bogin, Munns & Munns<br>Attn: Eric Dibert, Esquire<br>2700 NW 43rd Street, Suite C<br>Gainesville, FL 32606-7416 |
| City of High Springs<br>23718 US Hwy 27<br>High Springs, FL 32643-2107 | Deutsche Bank National Trust Co<br>c/o Select Portfolio Servicing, Inc.<br>3217 Decker Lake Drive<br>Salt Lake City, UT 84119-3284 | Deutsche Bank National Trust Company, as Tru<br>Select Portfolio Servicing Inc.<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 |
| North Florida Outpatient<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | North Florida Regional Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Restoration Specialists<br>6201 NW 123rd Pl<br>Suite 10<br>Gainesville, FL 32653-1262 |
| Robertson Anschultz Schneid Crane & Partners<br>6409 Congress Avenue<br>Suite 100<br>Boca Raton, FL 33487-2853 | STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>P.O. BOX 6668<br>TALLAHASSEE, FL 32314-6668 | Select Portfolio Servicing, Inc.<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | The Cardiac & Vascular Institute<br>4645 NW 8th Avenue<br>Gainesville, FL 32605-4687 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |
| United States Trustee +<br>110 E. Park Avenue<br> Suite 128<br>Tallahassee, FL 32301-7728 | Leigh Duncan Glidewell +<br>Leigh D. Glidewell<br>Post Office Box 646<br>Tallahassee, FL 32302-0646 | Sharon T. Sperling +<br>Law Office of Sharon T. Sperling<br>P.O. Box 358000<br>Gainesville, FL 32635-8000 |
| Merrick B. Garland +<br>Office of the Attorney General<br>Main Justice Bldg., Rm. 511<br>Tenth & Constitution<br>Washington, DC 20530-0001 | Secretary of the Treasury +<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 | Internal Revenue Service +<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| Christopher P Salamone +<br>Robertson, Anschutz, Schneid, Crane & Pa<br>6409 Congress Ave<br>Suite 100<br>Boca Raton, FL 33487-2853 | KEITH S LABELL +<br>Robertson, Anschutz, Schneid, Crane<br>6409 Congress Avenue, Suite 100<br>Suite 100<br>Boca Raton, FL 33487-2853 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Attorney (Tallahassee Office)
111 N. Adams Street
Fourth Floor
Tallahassee, FL 32301

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Capital City Bank<br>P.O. Box 900<br>Tallahassee, FL 32302-0900 | (d)Capital City Bank<br>PO Box 900<br>Tallahassee, FL 32302-0900 | (d)Leigh Duncan Glidewell +<br>Leigh D. Glidewell<br>Post Office Box 646<br>Tallahassee, FL 32302-0646 |

| | |
|---|---|
| (d)Kevin A. Forsthoefel +<br>Ausley & McMullen, P.A.<br>PO Box 391<br>Tallahassee, FL 32302-0391 | End of Label Matrix<br>Mailable recipients    31<br>Bypassed recipients     4<br>Total                  35 |